# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1138.1**
**CAF 11-02108**
PRESENT: FAHEY, J.P., CARNI, SCONIERS, GORSKI, AND MARTOCHE, JJ.

IN THE MATTER OF NYASIA W.
------------------------------------------------
MONROE COUNTY DEPARTMENT OF HUMAN SERVICES,                MEMORANDUM AND ORDER
PETITIONER-RESPONDENT;

CHRISTINE W., RESPONDENT-APPELLANT.
(APPEAL NO. 3.)

EFTIHIA BOURTIS, ROCHESTER, FOR RESPONDENT-APPELLANT.

DAVID VAN VARICK, COUNTY ATTORNEY, ROCHESTER (PATRICIA WOEHRLEN OF COUNSEL), FOR PETITIONER-RESPONDENT.

TANYA J. CONLEY, ATTORNEY FOR THE CHILD, ROCHESTER, FOR NYASIA W.

---------------------------------------------------------------------------------------

Appeal from an order of the Family Court, Monroe County (Dandrea L. Ruhlmann, J.), entered October 12, 2010 in a proceeding pursuant to Family Court Act article 10.  The order, among other things, adjudged that respondent neglected the subject child.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Same Memorandum as in *Matter of Ariel C.W.-H.* (___ AD3d ___ [Nov. 10, 2011]).

Entered:  November 10, 2011                        Patricia L. Morgan
                                                   Clerk of the Court